IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:20CR536 |
| | ) | 18 U.S.C. § 641 |
| vs. | ) | |
| | ) | |
| VONDA BEATTY | ) | INDICTMENT |

THE GRAND JURY CHARGES:

That beginning in or about June 2019 and continuing through in or about May 2020, in the District of South Carolina, the Defendant, VONDA BEATTY, knowingly and willfully did embezzle, steal, purloin, and convert to her own use funds belonging to the United States Postal Service, an agency of the United States, of a value exceeding $1,000.00, said funds having come into the possession of VONDA BEATTY by way of her serving as a sales associate at the Sunset Post Office and issuing money orders for her benefit without paying for them.

All in violation of Title 18, United States Code, Section 641.

A _TRUE_ Bill

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

_____
PETER M. MCCOY JR. (WJW)
UNITED STATES ATTORNEY